THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Amanda L. Gray, State Bar No. 244644
amandagray@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

Attorneys for Plaintiffs PATRICIA MURPHY
and ROBERT MURPHY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA MURPHY AND ROBERT MURPHY, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive, <br><br> Defendants, | Case No. SACV11-514 AG (MLGx) <br><br> [Action Commenced: April 5, 2011] <br><br> ORDER DISMISSING THE ACTION <br><br> Hon. Andrew Guilford |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: July 15, 2011

_____
Honorable Andrew Guilford